IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

REGENERON PHARMACEUTICALS, INC.,

    Plaintiff,

v.

FORMYCON AG,

    Defendant.

Civil Action No. 1:23-cv-97-TSK

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant Formycon AG hereby certifies that on March 8, 2024, service of Formycon AG's *Notice of Deposition of Bernhardt L. Trout, Ph.D.* was made by electronic mail to counsel of record for Plaintiff including:

Steven R. Ruby, Esq.
David R. Pogue, Esq.
Esq. Carey Douglas Kessler & Ruby, PLLC
LLP 707 Virginia Street East
901 Chase Tower (25301)
P.O. Box 913
Charleston, West Virginia 25353
srudy@cdkrlaw.com
drpogue@cdkrlaw.com

David I. Berl, Esq.
Thomas S. Fletcher,
Williams & Connolly
80 Maine Avenue, SW
Washington, DC 20024
dberl@wc.com
tfletcher@wc.com

                /s/ *M. David Griffith, Jr.*
                M. David Griffith, Jr. (WVSB No. 7720)
                THOMAS COMBS & SPANN, PLLC
                300 Summers Street, Suite 1380
                Charleston, WV 25301
                (304) 414-1800
                (304) 414-1801 (fax)
                dgriffith@tcspllc.com