# EXHIBIT 1

## Re: In re aflibercept - May 10 submission m/c

Neil B. McLaughlin <NMcLaughlin@rmmslegal.com>
Mon 6/10/2024 12:21 AM

To:Brett A. Postal <bpostal@rothwellfigg.com>;Kayali, Kathryn <KKayali@wc.com>;Aviv Zalcenstein <azalcenstein@geminilaw.com>;Robert Oakes <RMO@FR.com>;Laura Fairneny <laurafairneny@quinnemanuel.com>;Terri Mascherin <tmascherin@jenner.com>
Cc:Patel, Priyata <Priyata.Patel@weil.com>;Mike Cottler <mcottler@geminilaw.com>;Shaun Van Horn <vanhorn@fr.com>;John R. Labbe <jlabbe@marshallip.com>;Argall, Arthur <aargall@wc.com>;M710 Team <M710Team@rmmslegal.com>; Jamie.Obrien@steptoe-johnson.com <Jamie.Obrien@steptoe-johnson.com>;Gordon.Copland@steptoe-johnson.com <Gordon.Copland@steptoe-johnson.com>;DG-Aflibercept <DG-Aflibercept@NETORG8512690.onmicrosoft.com>;WFG-aflibercept@willkie.com <WFG-aflibercept@willkie.com>;mhissam@hfdrlaw.com <mhissam@hfdrlaw.com>;Carl Shaffer <cshaffer@hfdrlaw.com>;Andrew Robey <arobey@hfdrlaw.com>;Max Gottlieb <mgottlieb@hfdrlaw.com>;QE - Samsung Bioepis <qe-samsungbioepis@quinnemanuel.com>;skl@schraderlaw.com <skl@schraderlaw.com>;clt@simmermanlaw.com <clt@simmermanlaw.com>;fes@simmermanlaw.com <fes@simmermanlaw.com>;trey@simmermanlaw.com <trey@simmermanlaw.com>;SERVICE - Formycon Team <SERVICE-Formycon_Team@fr.com>;MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>;ABP938 <ABP938@rothwellfigg.com>;REGENERONPATENT@lists.kellogghansen.com <REGENERONPATENT@lists.kellogghansen.com>;drpogue@cdkrlaw.com <drpogue@cdkrlaw.com>;sruby@cdkrlaw.com <sruby@cdkrlaw.com>;Ashley Hardesty Odell <ahardestyodell@bowlesrice.com>;Kaitlyn McKitrick <kmckitrick@bowlesrice.com>;Eylea.Biosimilars@weil.com <Eylea.Biosimilars@weil.com>;Eylea <Eylea@wc.com>

Brett,

Confirming for Biocon and Mylan with regard to points (1) and (2).

Regards,
Neil

**NEIL B. MCLAUGHLIN PH.D. | PARTNER**

NMCLAUGHLIN@RMMSLEGAL.COM

DIRECT | 312.222.7241

OFFICE | 312.527.2157



SIX WEST HUBBARD STREET | CHICAGO IL 60654

WWW.RMMSLEGAL.COM

This email message and any attachments are being sent by Rakoczy Molino Mazzochi Siwik LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.

**From:** Brett A. Postal <bpostal@rothwellfigg.com>
**Sent:** Friday, June 7, 2024 6:28 PM
**To:** Kayali, Kathryn <KKayali@wc.com>; Neil B. McLaughlin <NMcLaughlin@rmmslegal.com>; Aviv Zalcenstein <azalcenstein@geminilaw.com>; Robert Oakes <RMO@FR.com>; Laura Fairneny <laurafairneny@quinnemanuel.com>; Terri Mascherin <tmascherin@jenner.com>
**Cc:** Patel, Priyata <Priyata.Patel@weil.com>; Mike Cottler <mcottler@geminilaw.com>; Shaun Van Horn <vanhorn@fr.com>; John R. Labbe <jlabbe@marshallip.com>; Argall, Arthur <aargall@wc.com>; M710 Team <M710Team@rmmslegal.com>; Jamie.Obrien@steptoe-johnson.com <Jamie.Obrien@steptoe-johnson.com>; Gordon.Copland@steptoe-johnson.com <Gordon.Copland@steptoe-johnson.com>; DG-Aflibercept <DG-Aflibercept@NETORG8512690.onmicrosoft.com>; WFG-aflibercept@willkie.com <WFG-aflibercept@willkie.com>; mhissam@hfdrlaw.com <mhissam@hfdrlaw.com>; Carl Shaffer <cshaffer@hfdrlaw.com>; Andrew Robey <arobey@hfdrlaw.com>; Max Gottlieb <mgottlieb@hfdrlaw.com>; QE - Samsung Bioepis <qe-samsungbioepis@quinnemanuel.com>; skl@schraderlaw.com <skl@schraderlaw.com>; clt@simmermanlaw.com <clt@simmermanlaw.com>; fes@simmermanlaw.com <fes@simmermanlaw.com>; trey@simmermanlaw.com <trey@simmermanlaw.com>; SERVICE - Formycon Team <SERVICE-Formycon_Team@fr.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; REGENERONPATENT@lists.kellogghansen.com <REGENERONPATENT@lists.kellogghansen.com>; drpogue@cdkrlaw.com <drpogue@cdkrlaw.com>; sruby@cdkrlaw.com <sruby@cdkrlaw.com>; Ashley Hardesty Odell <ahardestyodell@bowlesrice.com>; Kaitlyn McKitrick <kmckitrick@bowlesrice.com>; Eylea.Biosimilars@weil.com <Eylea.Biosimilars@weil.com>; Eylea <Eylea@wc.com>
**Subject:** Re: In re aflibercept - May 10 submission m/c

Neil,

Following our discussion, please confirm that Mylan/Biocon agrees: (1) to produce to Regeneron a copy of the deposition transcript from Dr. Trout in its case redacted of Mylan/Biocon confidential information by Monday, June 10; and (2) that Regeneron can produce on Amgen the redacted copy of its opposition brief from the permanent injunction proceeding that it provided to Regeneron on March 29, 2024.

Kat, we expect that Regeneron will include these materials in the materials that it produces to Amgen next week on Tuesday, June 11.  Please let us know if that is not the case no later than our meet and confer on Monday.

Best regards,
Brett

---

**From:** Kayali, Kathryn <KKayali@wc.com>
**Sent:** Friday, June 7, 2024 6:02:41 PM
**To:** Neil B. McLaughlin <NMcLaughlin@rmmslegal.com>; Brett A. Postal <bpostal@rothwellfigg.com>; Aviv Zalcenstein <azalcenstein@geminilaw.com>; Robert Oakes <RMO@FR.com>; Laura Fairneny <laurafairneny@quinnemanuel.com>; Terri Mascherin <tmascherin@jenner.com>
**Cc:** Patel, Priyata <Priyata.Patel@weil.com>; Mike Cottler <mcottler@geminilaw.com>; Shaun Van Horn <vanhorn@fr.com>; John R. Labbe <jlabbe@marshallip.com>; Argall, Arthur <aargall@wc.com>; M710 Team <M710Team@rmmslegal.com>; Jamie.Obrien@steptoe-johnson.com <Jamie.Obrien@steptoe-johnson.com>; Gordon.Copland@steptoe-johnson.com <Gordon.Copland@steptoe-johnson.com>; DG-Aflibercept <DG-