# EXHIBIT 2

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

JENNALEE N. BEAZLEY
(202) 434-5767
jbeazley@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 14, 2024

<u>Via Email</u>
John R. Labbe
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
(312) 474-6300
jlabbe@marshallip.com

Re:   *In re Aflibercept Patent Litigation*, No. 1:24-md-03103-TSK
      <u>*Regeneron Pharms., Inc. v. Amgen Inc.*, No. 1:24-cv-00039-TSK (N.D.W. Va.)</u>

Counsel:

Regeneron hereby produces documents bearing the following Bates numbers RGN-EYLEA-BIOSIM-AMG-00003797 - RGN-EYLEA-BIOSIM-AMG-00003826.  This production consists of Mylan/Biocon's redacted opposition brief.

This production is password protected; the password is

rAk?2U2HU=ri2*EKEhi@

This document production will be made available for download on Williams & Connolly LLP's secure file transfer site.  You will receive an email with an invitation to join the site and download instructions shortly.

Sincerely,

<u>/s/ Jennalee N. Beazley</u>
Jennalee N. Beazley