# EXHIBIT 3

| | |
|---|---|
| **From:** | Aviv Zalcenstein |
| **To:** | Brett A. Postal; Kayali, Kathryn; Robert Oakes; Laura Fairneny; Neil B. McLaughlin; Terri Mascherin |
| **Cc:** | Patel, Priyata; Mike Cottler; Shaun Van Horn; John R. Labbe; Argall, Arthur; M710 Team; Jamie.Obrien@steptoe-johnson.com; Gordon.Copland@steptoe-johnson.com; DG-Aflibercept; WFG-aflibercept@willkie.com; mhissam@hfdrlaw.com; Carl Shaffer; Andrew Robey; Max Gottlieb; QE - Samsung Bioepis; skl@schraderlaw.com; clt@simmermanlaw.com; fes@simmermanlaw.com; trey@simmermanlaw.com; SERVICE - Formycon Team; MGB-Amgen-ABP938; ABP938; REGENERONPATENT@lists.kellogghansen.com; drpogue@cdkrlaw.com; sruby@cdkrlaw.com; Ashley Hardesty Odell; Kaitlyn McKitrick; Eylea.Biosimilars@weil.com; Eylea |
| **Subject:** | RE: In re aflibercept - May 10 submission m/c |
| **Date:** | Wednesday, June 12, 2024 3:18:25 PM |
| **Attachments:** | image001.png |

Counsel,

Celltrion, Formycon, and SB have served on Regeneron a non-cumulative set of the categories of exhibits to which we agreed in our May 30 email.

Regards,

Aviv Zalcenstein
*he/him/his*



Gemini Law LLP
40 W 24th Street Suite 6N
New York, NY 10010
o  +1 917 226 7720

azalcenstein@geminilaw.com | geminilaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message was sent from Gemini Law LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Aviv Zalcenstein
**Sent:** Wednesday, June 5, 2024 8:22 PM
**To:** Brett A. Postal <bpostal@rothwellfigg.com>; Kayali, Kathryn <KKayali@wc.com>; Robert Oakes <RMO@FR.com>; Laura Fairneny <laurafairneny@quinnemanuel.com>; Neil B. McLaughlin

<NMcLaughlin@rmmslegal.com>; Terri Mascherin <tmascherin@jenner.com>
**Cc:** Patel, Priyata <Priyata.Patel@weil.com>; Mike Cottler <mcottler@geminilaw.com>; Shaun Van Horn <vanhorn@fr.com>; John R. Labbe <jlabbe@marshallip.com>; Argall, Arthur <aargall@wc.com>; M710 Team <M710Team@rmmslegal.com>; Jamie.Obrien@steptoe-johnson.com; Gordon.Copland@steptoe-johnson.com; DG-Aflibercept <DG-Aflibercept@NETORG8512690.onmicrosoft.com>; WFG-aflibercept@willkie.com; mhissam@hfdrlaw.com; Carl Shaffer <cshaffer@hfdrlaw.com>; Andrew Robey <arobey@hfdrlaw.com>; Max Gottlieb <mgottlieb@hfdrlaw.com>; QE - Samsung Bioepis <qe-samsungbioepis@quinnemanuel.com>; skl@schraderlaw.com; clt@simmermanlaw.com; fes@simmermanlaw.com; trey@simmermanlaw.com; SERVICE - Formycon Team <SERVICE-Formycon_Team@fr.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; REGENERONPATENT@lists.kellogghansen.com; drpogue@cdkrlaw.com; sruby@cdkrlaw.com; Ashley Hardesty Odell <ahardestyodell@bowlesrice.com>; Kaitlyn McKitrick <kmckitrick@bowlesrice.com>; Eylea.Biosimilars@weil.com; Eylea <Eylea@wc.com>
**Subject:** RE: In re aflibercept - May 10 submission m/c

Counsel,

Celltrion, Formycon, and SB have served on Regeneron the categories of redacted documents to which we agreed in our May 30 email.  We do not think Regeneron's proposed protective order amendments are appropriate or necessary and do not agree to them, but are available to meet and confer on Friday if needed.

Regards,

Aviv Zalcenstein
*he/him/his*



Gemini Law LLP
40 W 24th Street Suite 6N
New York, NY 10010
o  +1 917 226 7720
azalcenstein@geminilaw.com | geminilaw.com

*********************************************************************
This message was sent from Gemini Law LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.