# EXHIBIT 5

| **From:** | Brett A. Postal |
|---|---|
| **To:** | Beazley, Jennalee; Jennifer Nock; ahardestyodell@bowlesrice.com; mgb-amgen-abp938@marshallip.com; kmckitrick@bowlesrice.com; ABP938; jlabbe@marshallip.com |
| **Cc:** | eylea.biosimilars@weil.com; Eylea; REGENERONPATENT@lists.kellogghansen.com |
| **Subject:** | RE: Regeneron v. Amgen - 6.12.2024 Production |
| **Date:** | Friday, June 21, 2024 10:37:41 AM |

Dear Jennalee:

In your email of June 13, 2024, you indicated that Regeneron would be producing the documents that Celltrion, Formycon, and Samsung Bioepis provided to you last Wednesday, June 12 no later than early this week.  On our meet and confer last week, your colleague, Mr. Gregory, confirmed that the documents would be produced no later than early this week.  It is now Friday and we have not received the documents.  <u>Please produce them immediately, no later than 5pm today.</u>

Additionally, we note that a redacted version of the Order in the Mylan/Biocon case was publicly filed this morning (No. 24-md-3103, Dkt. 188).  Please provide us with a copy of the Order with only Mylan/Biocon confidential information redacted no later than Monday, June 24.

Best regards,
Brett



**Brett A. Postal**
901 New York Avenue, NW
Suite 900 East
Washington, D.C. 20001

Main Number:  202.783.6040
Fax Number: 202.783.6031
Email: bpostal@rothwellfigg.com
Website:  www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at bpostal@rfem.com, and destroy all copies of this message and any attachments.

**From:** Beazley, Jennalee <jbeazley@wc.com>
**Sent:** Thursday, June 13, 2024 9:35 AM
**To:** Brett A. Postal <bpostal@rothwellfigg.com>; Jennifer Nock <jnock@rothwellfigg.com>; ahardestyodell@bowlesrice.com; mgb-amgen-abp938@marshallip.com; kmckitrick@bowlesrice.com; ABP938 <ABP938@rothwellfigg.com>; jlabbe@marshallip.com
**Cc:** eylea.biosimilars@weil.com; Eylea <Eylea@wc.com>; REGENERONPATENT@lists.kellogghansen.com
**Subject:** RE: Regeneron v. Amgen - 6.12.2024 Production

Dear Brett,

Mylan's Opposition Brief is currently being prepared by our vendor to be produced. We expect to produce the document either tonight or tomorrow morning.

We are in receipt of Defendants' additional redacted documents provided to Regeneron late yesterday afternoon. We are reviewing and processing them and anticipate being able to produce them either late tomorrow or early next week.

Best,
Jennalee

**Jennalee Beazley**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5767 | jbeazley@wc.com | www.wc.com
*She, Her, Hers*

---

**From:** Brett A. Postal <bpostal@rothwellfigg.com>
**Sent:** Wednesday, June 12, 2024 9:09 PM
**To:** Beazley, Jennalee <jbeazley@wc.com>; Jennifer Nock <jnock@rothwellfigg.com>; ahardestyodell@bowlesrice.com; mgb-amgen-abp938@marshallip.com; kmckitrick@bowlesrice.com; ABP938 <ABP938@rothwellfigg.com>; jlabbe@marshallip.com
**Cc:** eylea.biosimilars@weil.com; Eylea <Eylea@wc.com>; REGENERONPATENT@lists.kellogghansen.com
**Subject:** RE: Regeneron v. Amgen - 6.12.2024 Production

Dear Jennalee,

We have reviewed Regeneron's production from this evening, and Regeneron has not produced Mylan's Opposition Brief from the permanent injunction proceeding.  Mylan confirmed that the version that was provided to you on March 29, 2024 could be produced.  *See* Email from N. McLaughlin of June 11, 2024.  Please confirm by noon ET tomorrow (6/13) that it will be produced immediately (no later than June 13, 2024).

Please also confirm by noon tomorrow that Regeneron will be producing the additional documents that were provided by Celltrion, Samsung, and Formycon by the end of the week.

Best regards,
Brett



**Brett A. Postal**
901 New York Avenue, NW
Suite 900 East
Washington, D.C. 20001

Main Number: 202.783.6040
Fax Number: 202.783.6031
Email: bpostal@rothwellfigg.com
Website: www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at bpostal@rfem.com, and destroy all copies of this message and any attachments.

**From:** Beazley, Jennalee <jbeazley@wc.com>
**Sent:** Wednesday, June 12, 2024 4:46 PM
**To:** Jennifer Nock <jnock@rothwellfigg.com>; Brett A. Postal <bpostal@rothwellfigg.com>; ahardestyodell@bowlesrice.com; mgb-amgen-abp938@marshallip.com; kmckitrick@bowlesrice.com; ABP938 <ABP938@rothwellfigg.com>; jlabbe@marshallip.com
**Cc:** eylea.biosimilars@weil.com; Eylea <Eylea@wc.com>; REGENERONPATENT@lists.kellogghansen.com
**Subject:** Regeneron v. Amgen - 6.12.2024 Production

Counsel,

Please see the attached production correspondence.

Best,
Jennalee

**Jennalee Beazley**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5767 | jbeazley@wc.com | www.wc.com
*She, Her, Hers*

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.