# EXHIBIT 6

## LAW OFFICES
## WILLIAMS & CONNOLLY LLP

KATHRYN S. KAYALI
(202) 434-5644
kkayali@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 21, 2024

<u>Via Email</u>

John R. Labbe
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
(312) 474-6300
jlabbe@marshallip.com

  Re: <u>In re Aflibercept Patent Litigation</u>, No. 1:24-md-03103-TSK
    <u>Regeneron Pharms., Inc. v. Amgen Inc.</u>, No. 1:24-cv-00039-TSK (N.D.W. Va.)

 Counsel:

Regeneron hereby produces documents bearing the following Bates numbers RGN-EYLEA-BIOSIM-AMG-00003827 - RGN-EYLEA-BIOSIM-AMG-00012962. This production consists of redacted documents provided to Regeneron from Celltrion, Formycon, and Samsung Bioepis on June 12, 2024.

  This production is password protected; the password is

  SL$-0DR#6h@swEJIj*5r

  This document production will be made available for download on Williams & Connolly LLP's secure file transfer site. You will receive an email with an invitation to join the site and download instructions shortly.

  Please note certain of these documents contain Regeneron's confidential information, and have thus been designated CONFIDENTIAL as appropriate pursuant to the Stipulated Protective Order in this case.

          Sincerely,

          <u>/s/ Kathryn S. Kayali</u>
          Kathryn S. Kayali