# EXHIBIT 7

| | |
|---|---|
| **From:** | Trask, Andrew |
| **To:** | MGB-Amgen-ABP938; ABP938; Ashley Hardesty Odell; Kaitlyn McKitrick |
| **Cc:** | Eylea; Eylea.Biosimilars@weil.com; REGENERONPATENT@lists.kellogghansen.com; Steve Ruby; David Pogue |
| **Subject:** | Regeneron v. Amgen, 1:24-cv-00039-TSK-JPM (N.D.W. Va.) |
| **Date:** | Thursday, June 27, 2024 7:35:43 PM |
| **Attachments:** | Formycon proposed redactions_2024-06-21 D241 SEALED Order Granting Mot for Prelim Inj against Formycon_Redactions Applied.pdf |

Counsel for Amgen,

The Court recently issued a decision granting Regeneron's preliminary injunction motion against Formycon.  Regeneron and Formycon have not yet agreed on a version of the decision that redacts all confidential information.  Formycon, however, has provided Regeneron with a copy of the decision that redacts information that Formycon contends is confidential, and Formycon consented today to Regeneron's production of this version of the decision to Amgen.  Regeneron therefore provides this version of the decision as an attachment to this email.  Please note that this version of the decision contains unredacted Regeneron confidential information, and therefore it should be treated as Confidential under the Protective Order governing this litigation.

Best,
Andrew

Andrew Trask | Williams & Connolly LLP | 202-434-5023 | atrask@wc.com

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.